UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | No. IP 03-CR-176-01-B/F |
| ) | 1:05-cv-459-SEB-VSS |
| MARTIN SANCHEZ, ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendant take nothing by his motion for relief pursuant to 28 U.S.C. § 2255, and the civil action docketed as No. 1:05-cv-459-SEB-VSS is **dismissed with prejudice.**

Date: 06/23/2005

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Office of the United States Attorney, 10 West Market Street  Suite 2100, Indianapolis,
    IN  46204-3048
Martin Sanchez, Reg. No. 07338-028, Federal Medical Center, P.O. Box 14500,
Lexington, KY 40512-4500